**FILED**

APR 10 2026

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
__Austin___ **DIVISION**

IN RE: Michelle Marie Wencklens
Justin Dewayne Wencklens

**CASE NO:**
## 26-10643B

### PRO SE FILING QUESTIONNAIRE

1. Did anyone assist you in completing your petition or schedules? If yes, answer 2, 3, and 4. If no, skip to 5. ☐ Yes ☒ No

2. Please provide their name, address, and phone number.

   Name _____

   Business Name _____

   Address _____

   Phone Number _____

3. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms? ☐ Yes ☐ No

4. If so, what amount did you pay or promise to pay? Amount $_____

5. Other than in question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition? ☐ Yes ☒ No

6. If so, what amount did you pay or promise to pay? Amount $_____

I declare under penalty of perjury that the foregoing is true and correct.

**Debtor**

Michelle Marie Wencklens
**Print Name**

_____
**Signature of Pro Se Debtor**

**Joint Debtor**

Justin Dewayne Wencklens
**Print Name**

_____
**Signature of Joint Pro Se Debtor**