# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Michelle Marie Wenckens and Justin Dewayne Wenckens** , Debtor(s)

Bankruptcy Case No.: 26−10643−cgb

Chapter No.: 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that regardless of the payment terms proposed in the foregoing application at least fifty percent of the filing fee must be paid by the debtor(s) within seven days of the filing of the petition; noncompliance may result in dismissal of the bankruptcy case without further notice or hearing. See Local Rule 1006−1, Payment of Filing Fee in Installments.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

### ###

**SO ORDERED.**

**SIGNED this 13th day of April, 2026.**

_____
**Robert J. Lawson**
**Clerk, U.S. Bankruptcy Court**
**BY: Boyd, Laurie**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 26-10643-cgb |
| Michelle Marie Wenckens | Chapter 7 |
| Justin Dewayne Wenckens | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 13, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Justin Dewayne Wenckens, TDCJ No. 02477197, 2661 FM 2054, Tennessee Colony, TX 75884-5000 |
| db | + Michelle Marie Wenckens, 1897 Lauraine Ln, Brenham, TX 77833-3356 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 15, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2