# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Michelle Marie Wenckens and Justin Dewayne Wenckens** , Debtor(s)

Bankruptcy Case No.: 26–10643–cgb

Chapter No.: 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that regardless of the payment terms proposed in the foregoing application at least fifty percent of the filing fee must be paid by the debtor(s) within seven days of the filing of the petition; noncompliance may result in dismissal of the bankruptcy case without further notice or hearing. See Local Rule 1006–1, Payment of Filing Fee in Installments.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

###

**SO ORDERED.**

**SIGNED this 13th day of April, 2026.**

_Robert J. Lawson_

Robert J. Lawson
Clerk, U.S. Bankruptcy Court
BY: Boyd, Laurie