**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Michelle | Marie | Wenckens | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Justin | Dewayne | Wenckens | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Texas

Case number  26-10643-cgb
(If known)

FILED

APR 1 7 2026

U.S. BANKRUPTCY COURT
BY_____ DEPUTY

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   Austin County District Clerk
Priority Creditor's Name
265 N. Chesley Street, Suite 1
Number        Street

Bellville              TX    77418
City                   State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4  7  9  9   $  604.72  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**   Department of the Treasury
Priority Creditor's Name
Internal Revenue Service
Number        Street

Kansas City            MO    64990
City                   State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  7  2  3  5   $  2,185.70  $_____  $_____

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  Tax Year 2013

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 1 of 6

Debtor 1 __Michelle__ __Marie__ __Wenckens__     Case number *(if known)* __26-10643-cgb__
    First Name   Middle Name   Last Name

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

### 2.3

| | |
|---|---|
| **Department of Revenue** <br> Priority Creditor's Name <br> **Internal Revenue Service** <br> Number    Street <br> <br> **Kansas City**    **MO**    **64990** <br> City    State    ZIP Code | Last 4 digits of account number  **7  2  3  5**    **$ 2,967.00** $_____ $_____ <br> <br> When was the debt incurred?  _____ <br> <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify __Tax Year 2014__

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

### 2.4

| | |
|---|---|
| **Department of the Treasury** <br> Priority Creditor's Name <br> **Internal Revenue Service** <br> Number    Street <br> <br> **Kansas City**    **MO**    **64990** <br> City    State    ZIP Code | Last 4 digits of account number  **7  2  3  5**    **$ 2,945.54** $_____ $_____ <br> <br> When was the debt incurred?  _____ <br> <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify __Tax Year 2015__

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

### 2.4

| | |
|---|---|
| _____ <br> Priority Creditor's Name <br> _____ <br> Number    Street <br> <br> _____ <br> City    State    ZIP Code | Last 4 digits of account number  __ __ __ __    $_____ $_____ $_____ <br> <br> When was the debt incurred?  _____ <br> <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

| Debtor 1 | Michelle | Marie | Wenckens | | Case number (if known) 26-10643-cgb |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1** See attachment for complete list

Nonpriority Creditor's Name

Number          Street

City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.2** _____

Nonpriority Creditor's Name

Number          Street

City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.3** _____

Nonpriority Creditor's Name

Number          Street

City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 6

Debtor 1    Michelle     Marie      Wenckens      Case number *(if known)* 26-10643-cgb
        First Name    Middle Name     Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

___

_____
Nonpriority Creditor's Name

_____
Number     Street

_____
City             State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

___

_____
Nonpriority Creditor's Name

_____
Number     Street

_____
City             State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

___

_____
Nonpriority Creditor's Name

_____
Number     Street

_____
City             State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$_____

| Debtor 1 | Michelle | Marie | Wenckens | | Case number *(if known)* 26-10643-cgb |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

The CBE Group
Name

P.O. Box 2217
Number        Street

Waterloo                    IA        50704
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.2 of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  7  2  3  5

---

Name

The CBE Group
Number        Street

P.O. Box 2217

Waterloo                    IA        50704
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.3 of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  7  2  3  5

---

The CBE Group
Name

P.O. Box 2217
Number        Street

Waterloo                    IA        50704
City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.4 of (*Check one*): ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  7  2  3  5

---

See attached list for Non-Priority Unsecured
Name

Number        Street

City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Name

Number        Street

City                              State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1   Michelle   Marie   Wenckens   Case number *(if known)* 26-10643-cgb
           First Name   Middle Name   Last Name

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

Total claim

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 8,702.96 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $ | 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 8,702.96 |

Total claim

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. **Student loans** | 6f. | $ | 0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $ | 108,345.50 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 117,048.46 |

**CASE NO. 26-10643-CGB**
**IN RE MICHELLE MARIE WENCKENS AND JUSTIN DEWAYNE WENCKENS, DEBTORS**

**ATTACHMENT TO SCHEDULE E/F**
**PART 3: LIST OTHERS TO BE NOTIFIED ABOUT A DEBT THAT YOU ALREADY LISTED**
(On Part 2: Creditors with Nonpriority Unsecured Claims)

| NUMBER | ORIGINAL CREDITOR | CURRENT OWNER | ADDRESS | DATE ASSIGNED | ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|---|---|---|
| 4.1 | ACS Primary Care Physicians Southwest, PA | Account Resolution Services | PO Box 459079 Sunrise, FL 33345-9079 | 05/28/19 | *8996 | $139.72 |
| 4.2 | American First Finance | True Accord | 16011 College Blvd., Suite 130 Lenexa, KS 66219 | 01/29/26 | *1908 | $2,046.28 |
| 4.2 | American First Finance | FinWise Bank | 756 East Winchester, Suite 100 Murray, UT 84107 | 01/29/26 | *1908 | $2,046.28 |
| 4.2 | American First Finance | Halsted Financial Services | 8001 Lincoln Ave., Suite 500 Skokie, IL 60077 | 02/28/26 | *8817 | $2,046.28 |
| 4.9 | Bank of Missouri / Verve | Resurgent Capital Services | PO Box 10497 Greenville, SC 26903 | 10/08/25 | *8799 | $549.68 |
| 4.9 | Bank of Missouri / Verve | LVNV Funding c/o Resurgent Capital Services | PO Box 10497 Greenville, SC 29603 | Unknown | *8799 | $549.68 |
| 4.9 | Bank of Missouri / Verve | Halsted Financial Services | 8001 Lincoln Ave., Suite 500 Skokie, IL 60077 | 3/30826 | *7550 | $549.68 |
| 4.10 | Barrier Reef Emergency Physicians PLLC | Radius Global Solutions LLC | 7831 Glenroy Road, Suite 250 Minneapolis, MN 55439 | 02/13/23 | *6203 | $2,374.00 |
| 4.10 | Barrier Reef Emergency Physicians PLLC | Credence Resource Management | 6045 Atlantic Blvd. Peachtree Corners, GA 30071 | 09/28/23 | *5718 | $2,374.00 |
| 4.10 | Barrier Reef Emergency Physicians PLLC | Envision Physician Services | 20 Burton Hills Blvd., Suite 300 Nashville, TN 37215 | 08/04/21 | *4848 | $2,374.00 |
| 4.10 | Barrier Reef Emergency Physicians PLLC | UTMB Health League City | 2240 Gulf Freeway S League City, TX 77573 | 08/04/21 | *4848 | $2,374.00 |
| 4.11 | Basin Emergency Physicians PLLC | United Revenue | PO Box 1120 Colorado Springs, CO 80901 | 02/19/25 | *2101 | $2,235.00 |
| 4.18 | BSWH-College Station | Revco Solutions, Inc. | PO Box 163279 Columbus, OH 43216-3279 | 10/22/24 | *4763 | $146.52 |
| 4.17 | BSWH-The Brenham Clinic | Revco Solutions, Inc. | PO Box 163279 Columbus, OH 43216-3279 | 07/30/25 | *6195 | $35.00 |
| 4.19 | Capital One / Dressbarn | D&A Services, LLC | 1400 E. Touhy Ave., Suite G2 Des Plaines, IL 60018 | 09/06/22 | *6905 | $589.16 |
| 4.19 | Capital One / Dressbarn | Bureaus Investment Group | 711 N. Edgewood Ave., Suite 200 Wood Dale, IL 60191 | 04/13/25 | *8454 | $589.16 |
| 4.22 | Celtic Bank / Affirm | Affirm | 650 California Street, Floor 12 San Francisco CA 94108 | 06/28/25 | USIX | $134.37 |
| 4.23 | Celtic Bank / Indigo Mastercard | Trident Asset Management | 3 Perimeter Ctr E, Suite 440 Atlanta, GA 30346-2294 | 03/31/20 | 9010* | $800.00 |
| 4.24 | Central TX Mobility Authority | Penn Credit Corporation | 2800 Commerce Drive Harrisburg, PA 17106-9703 | 04/07/22 | *0812 | $53.08 |
| 4.24 | Central TX Mobility Authority | Southwest Credit Systems, L.P. | PO Box 622001 Dallas, TX 75262-2001 | 04/07/22 | *0812 | $53.08 |
| 4.27 | Citibank, N.A. / Macy's | Cavalry SPV I, LLC | 1 American Lane, Suite 220 Greenwich, CT 06831-2200 | 03/30/23 | *5742 | $588.71 |
| 4.27 | Citibank, N.A. / Macy's | Financial Recovery Services, Inc. | 1345 Mendota Heights Rd., Suite 100 Mendota Heights, MN 55120 | 03/31/23 | *1302Z | $588.71 |
| 4.27 | Citibank, N.A. / Macy's | ARS National Services, Inc. | PO Box 469046 Escondido, CA 92046-9046 | 09/09/22 | *9972 | $589.16 |
| 4.27 | Citibank, N.A. / Macy's | Radius Global Solutions LLC | 7831 Glenroy Road, Suite 250 Minneapolis, MN 55439 | 08/08/23 | *3170 | $588.71 |

| # | Creditor | Additional Notice Party | Address | Date | Account | Amount |
|---|----------|------------------------|---------|------|---------|--------|
| 4.27 | Citibank, N.A. / Macy's | Credit Control, LLC | 3300 Ryder Trail S, Suite 500, Earth City, MS 63045 | 02/22/23 | *9480 | $588.71 |
| 4.27 | Citibank, N.A. / Macy's | Macy's | Attn: Bankruptcy/Legal Notices, 151 West 34th Street, New York, NY 10001 | 09/30/19 | *5742 | $588.71 |
| 4.30 | Comenity Bank / Lane Bryant | Midland Credit Management, Inc. | 3111 Camino Del Rio North, Suite 103, San Diego, CA 92108 | 05/16/20 | *8707 | $648.49 |
| 4.34 | Cortland League City Apartments | Law Office of Brett M. Borland, P.C. | 2440 Sandy Plains Rd., Building 1, Suite 200, Marietta, GA 30066 | 02/28/23 | *4490 | $4,414.16 |
| 4.34 | Cortland League City Apartments | National Credit Systems, Inc. | 3750 Naturally Fresh Blvd., Atlanta, GA 30349 | 12/02/22 | *4490 | $4,414.16 |
| 4.35 | Credit One Bank, N.A. | Resurgent Capital Services | PO Box 10497, Greenville, SC 26903 | 05/22/24 | *6853 | $690.87 |
| 4.35 | Credit One Bank, N.A. | LVNV Funding c/o Resurgent Capital Services | PO Box 10497, Greenville, SC 29603 | 05/23/24 | *6853 | $690.87 |
| 4.37 | Doctors Hospital of Laredo | Harris & Harris, Ltd. | Fort Washington Plaza, 333 W Fort St., Detroit, MI 48226 | 03/01/24 | *8800 | $1,569.00 |
| 4.37 | Doctors Hospital of Laredo | Aargon Agency, Inc. | 8668 Spring Mountain Rd., Suite 110, Las Vegas, NV 89117 | 02/26/25 | *7585 | $206.73 |
| 4.37 | Doctors Hospital of Laredo | Webb Emergency Medicine ASC, | 200 Corporate Blvd., Lafyette, LA 70508 | 11/22/23 | *0064 | $1,569.00 |
| 4.37 | Doctors Hospital of Laredo | EMBCC | 4350 Fowler St, Myers, FL 33901 | 11/22/23 | *8909 | $1,569.00 |
| 4.39 | First Premiere Bank | True Accord | 16011 College Blvd., Suite 130, Lenexa, KS 66219 | 11/28/25 | *8450 | $646.48 |
| 4.44 | First Premiere Bank | January Technologies, Inc. | 176 Grand Street, 4th Floor, New York, NY 10013 | 02/20/26 | *2600 | $661.75 |
| 4.39 | First Premiere Bank | January Technologies, Inc. | 176 Grand Street, 4th Floor, New York, NY 10013 | 03/21/26 | *8450 | $646.48 |
| 4.46 | Geico County Mutual | Geico County Mutual | Attn: Region 3 Underwriting, PO Box 9105, Macon, GA 31208-9105 | 05/19/23 | *5266 | $268.00 |
| 4.46 | Geico County Mutual | Credit Collection Services | 725 Canton Street, Norwood, MA 02062 | 11/11/23 | *0744 | $219.55 |
| 4.47 | Georgetown Fire Department | EMERGICON LLC | 98 State Hwy 205, Terrell, TX 75160 | 11/22/23 | *8589 | $2,034.00 |
| 4.49 | GM Financial | MRS BPO, LLC | 402 Lippincott Dr., Evesham, NJ 08053 | 05/23/25 | *90878 | $11,164.73 |
| 4.49 | GM Financial | Northstar Location Services | 4285 Genessee St., Buffalo, NY 14225 | 11/19/24 | *8981 | $11,164.73 |
| 4.49 | GM Financial | Vengroff Williams, Inc. | 2211 Fruitville Rd., Sarasota, FL 34237 | 04/23/24 | *9624 | $11,164.73 |
| 4.49 | GM Financial | | | 2/16/23 | | $11,164.73 |
| 4.50 | Grand Villas at Tuscan Lakes | Rent Recovery Solutions | 1945 The Exchange SE, Suite 120, Atlanta, GA 30339 | 4/14/14 | *4263 | $7,863.42 |
| 4.51 | Guardian Anesthesia Service LLC | Merchants & Professional Credit Bureau Inc. | 5508 Parkcrest Dr., Suite 210, Austin, TX 78731 | 4/23/19 | *5581 | $160.20 |
| 4.52 | Guardian Anesthesia Service LLC | Merchants & Professional Credit Bureau Inc. | 5508 Parkcrest Dr., Suite 210, Austin, TX 78731 | 04/23/19 | *8040 | $398.00 |
| 4.53 | HCA Houston Healthcare Clear Lake | Capio Partners | 3400 Texoma Parkway, Suite 100, Sherman, TX 75090 | 04/21/19 | *2730 | $534.00 |
| 4.56 | Klarna | Firstsource Advantage | 205 Bryant Woods S, Buffalo, NY 14228 | 04/03/26 | *4035 | $71.22 |
| 4.59 | Longhorn Emergency Medical Associates, P.A. | HRRG Collections | 1643 Harrison Parkway, Bldg. H, Suite 100, Sunrise, FL 33345 | 03/05/24 | *1508 | $158.24 |

26-10643-cgb Doc#15 Filed 04/17/26 Entered 04/20/26 11:07:30 Main Document Pg 9 of 12

| | | | | | | |
|---|---|---|---|---|---|---|
| 4.60 | LVNV Funding, LLC | LVNV Funding c/o Resurgent Capital Services | PO Box 10497 Greenville, SC 29603 | 09/02/20 | 18-dc04-0379 | $1,497.30 |
| 4.63 | Memorial Pathology Consultants | Synerprise Consulting Services | 5651 Broadmoor St., Mission, KS 66202 | 02/06/24 | *7264 | $240.00 |
| 4.67 | MHHS Southeast Hospital | Scheer, Green, & Burke Co., L.P.A. | 1700 Edison Bldg. Toledo, OH 43603-1335 | 06/10/22 | *9761 | $2,699.02 |
| 4.65 | MHHS Southeast Hospital | United Collection Bureau, Inc. | 5620 Southwyck Blvd. Toledo, OH 43614 | 01/07/22 | *8427 | $626.00 |
| 4.66 | MHHS Southeast Hospital | Credit Collection Services | 725 Canton Street Norwood, MA 02062 | 11/11/23 | *5123 | $2,073.02 |
| 4.69 | Navy Federal Credit Union | Continental Service Group LLC | d/b/a ConServe 200 CrossKeys Office Park Fairport, NY 14450 | 06/13/25 | *1416 | $580.64 |
| 4.69 | Navy Federal Credit Union | National Enterprise Systems | 29125 Solon Rd. Solon, OH 44139 | 12/10/24 | *3241 | $580.54 |
| 4.71 | Progressive County Mutual Ins. Co. | Caine & Weiner Company Inc. | 5805 Sepulveda Blvd., 4th Floor Sherman Oaks, CA 91411 | 02/28/23 | *0486 | $409.62 |
| 4.73 | Reliant Energy Retail Service | Transworld Systems, Inc. | 500 Virginia Dr., Suite 514 Fort Washington, PA 19034 | 02/21/23 | *9532 | $112.29 |
| 4.73 | Reliant Energy Retail Service | Online Information Services | 685 W. Fire Tower Rd. Winterville, NC 28590 | 03/22/23 | *7393 | $112.29 |
| 4.74 | Scurry Emergency Medicine Associates PA | ARC Management Group, Inc. | 1825 Barrett Lakes Blvd. NW, Suite 505 Kennesaw, GA 30144 | 12/05/22 | *8955 | $49.92 |
| 4.77 | Sprint / T-Mobile | Jefferson Capital Systems LLC | 16 McLeland Road St. Cloud MN 5633 | 12/20/23 | *9748 | $150.60 |
| 4.77 | Sprint / T-Mobile | Diversified Adjustment Service, Inc. | 600 Coon Rapids Blvd. NW Coon Rapids, MN 55433 | 04/08/23 | *6949 | $150.60 |
| 4.77 | Sprint / T-Mobile | I.C. System | 444 East Highway 96 Vadnais Heights, MN 55127 | 03/01/23 | *0199 | $150.60 |
| 4.82 | St. Joseph Health Physicians | Corpra Care, Inc. | 1011 S. Texas 6, Suite 309 Houston, TX 77077 | 06/28/22 | *7583 | $179.00 |
| 4.81 | St. Joseph Health Physicians | Corpra Care, Inc. | 1011 S. Texas 6, Suite 309 Houston, TX 77077 | 06/28/22 | *7584 | $89.00 |
| 4.85 | Synchrony Bank / JC Penny | Midland Credit Management, Inc. | 3111 Camino Del Rio North, Suite 103 San Diego, CA 92108 | 10/12/22 | *8156 | $808.98 |
| 4.86 | Synchrony Bank / PayPal Credit | Portfolio Recovery Associates, LLC | PO Box 4115 Concord, CA 94524 | 03/01/21 | *7520 | $350.40 |
| 4.89 | US Acute Care Solutions | Recoveri | PO Box 122216 Dallas, TX 75312-2216 | 06/28/24 | *7563 | $522.00 |
| 4.91 | UTMB Health | FMA Alliance Ltd. | 12339 Cutten Road Houston, TX 77066 | 09/23/22 | *0088 | $7.94 |
| 4.93 | UTMB Health | FMA Alliance Ltd. | 12339 Cutten Road Houston, TX 77066 | 12/27/21 | *3813 | $149.05 |
| 4.92 | UTMB Health | FMA Alliance Ltd. | 12339 Cutten Road Houston, TX 77066 | 12/27/21 | *3282 | $12.36 |
| 4.94 | UTMB Health | FMA Alliance Ltd. | 12339 Cutten Road Houston, TX 77066 | 09/23/22 | *2534 | $878.80 |
| 4.96 | WebBank / Fingerhut Advantage | Midland Credit Management, Inc. | 3111 Camino Del Rio North, Suite 103 San Diego, CA 92108 | 04/06/23 | *7114 | $266.00 |
| 4.97 | WebBank / Fingerhut Fetti | Resurgent Capital Services | PO Box 10497 Greenville, SC 26903 | 03/31/23 | *6580 | $224.54 |
| 4.97 | WebBank / Fingerhut Fetti | Unifin | 5996 W. Touhy Ave., Suite 2000 Niles, IL 60714 | 02/16/23 | *9189 | $224.54 |
| 4.97 | WebBank / Fingerhut Fetti | LVNV Funding c/o Resurgent Capital Services | PO Box 10497 Greenville, SC 29603 | 04/14/23 | *6580 | $224.54 |
| 4.97 | WebBank / Fingerhut Fetti | Halsted Financial Services | 8001 Lincoln Ave., Suite 500 Skokie, IL 60077 | 04/14/23 | *4677 | $224.54 |

| PERSON INCURRED DEBT | INDEX | NON-PRIORITY CREDITOR'S NAME | NON-PRIORITY CREDITOR'S ADDRESS | ACCOUNT NUMBER | DATE INCURRED | TOTAL CLAIM | TYPE | COMMUNITY DEBT | SUBJECT TO OFFSET? |
|---|---|---|---|---|---|---|---|---|---|
| Debtor 1 | 4.1 | ACS Primary Care Physicians Southwest, PA | 14100 Southwest Freeway, Suite 450, Sugar Land, TX 77478 | *1240 | 02/07/18 | $130.72 | MEDICAL | NO | NO |
| Debtor 1 | 4.2 | American First Finance | 3100 Olympus Blvd., Suite 300, Dallas, TX 75019. | *7155 | 09/28/25 | $2,046.28 | MEDICAL | YES | NO |
| Debtor 2 | 4.3 | ARA Diagnostic Imaging | PO Box 208108, Dallas, TX 75320-8108 | *2462 | 08/09/23 | $14.70 | MEDICAL | YES | NO |
| Debtor 1 | 4.4 | Aspen Dental | PO Box 1578, Albany, NY 12201 | *7815 | 07/02/25 | $56.50 | MEDICAL | YES | NO |
| Debtor 1 | 4.5 | Aspire | PO Box 105555, Atlanta, GA 30348-5555 | *2998 | 03/16/26 | $693.31 | CREDIT | YES | NO |
| Debtor 1 | 4.6 | AT&T | PO Box 2171, Southgate, MI 48195-4171 | *5092 | 03/05/26 | $683.02 | PHONE | YES | NO |
| Debtor 2 | 4.7 | AT&T | PO Box 2171, Southgate, MI 48195-4171 | *1241 | 05/13/24 | $3,202.84 | PHONE | YES | NO |
| Debtor 2 | 4.8 | Austin County EMS | PO Box 863, Lewisville, NC 27023 | *7151 | 11/08/23 | $1,531.95 | MEDICAL | YES | NO |
| Debtor 1 | 4.9 | Bank of Missouri / Verve | PO Box 6812, Carol Stream, IL 60197-6812 | *1232 | 08/30/25 | $549.68 | CREDIT | YES | NO |
| Debtor 1 | 4.10 | Barrier Reef Emergency Physicians PLLC (UTMB) | 301 University Blvd., Galveston, TX 77555 | *5296 | 08/04/21 | $2,374.00 | MEDICAL | NO | NO |
| Debtor 2 | 4.11 | Basin Emergency Physicians PLLC | 3212 Callaway Dr, Midland, TX | *5309 | 07/20/24 | $2,235.00 | MEDICAL | YES | NO |
| Debtor 2 | 4.12 | Baylor Scott White | 301 N. Washington Ave., Dallas, TX 75246 | *4542 | 10/02/23 | $63.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.13 | Baylor Scott White | 301 N. Washington Ave., Dallas, TX 75246 | *8799 | 02/14/24 | $146.52 | MEDICAL | YES | NO |
| Debtor 1 | 4.14 | Baylor Scott White | 301 N. Washington Ave., Dallas, TX 75246 | *5190 | 08/23/24 | $951.95 | MEDICAL | YES | NO |
| Debtor 1 | 4.15 | Baylor Scott White | 301 N. Washington Ave., Dallas, TX 75246 | *5824 | 11/11/23 | $2,122.85 | MEDICAL | YES | NO |
| Debtor 2 | 4.16 | Bridgecrest Credit Company | 1720 W. Rio Salado Pkwy, Suite 101, Tempe, AZ 85281 | Unknown | Unknown | $2,239.00 | AUTO | NO | NO |
| Debtor 1 | 4.17 | BSW Brenham Clinic | 600 N Park St, Brenham, TX 77833 | *9216 | 01/24/25 | $35.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.18 | BSWH College Station | 700 Scott & White Dr, College Station, TX 77845 | *8799 | 02/14/24 | $146.52 | MEDICAL | YES | NO |
| Debtor 1 | 4.19 | Capital One | PO Box 30285, Salt Lake City, UT 84130-0285 | *8092 | 04/09/26 | $372.43 | CREDIT | YES | NO |
| Debtor 1 | 4.19 | Capital One / Dressbarn | PO Box 30285, Salt Lake City, UT 84130-0285 | *8454 | 08/13/20 | $589.16 | CREDIT | NO | NO |
| Debtor 1 | 4.20 | Capital One / Kohl's | PO Box 30285, Salt Lake City, UT 84130-0285 | *8476 | 08/30/20 | $615.00 | CREDIT | NO | NO |
| Debtor 2 | 4.21 | Cardiovascular & Heart Rhythm Associates, PA | 425 Holderrieth Blvd., Suite 118, Tomball, TX 77375-5189 | *2876 | 12/06/24 | $440.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.22 | Celtic Bank / Affirm - StubHub | 268 South State Street, Suite 300, Salt Lake City, UT 84111 | *USIX | 06/28/25 | $134.37 | CREDIT | NO | NO |
| Debtor 1 | 4.23 | Celtic Bank / Indigo Mastercard | 268 South State Street, Suite 300, Salt Lake City, UT 84111 | Unknown | 03/31/20 | $800.00 | CREDIT | NO | NO |
| Debtor 1 | 4.24 | Central Texas Regional Mobility Authority | 3300 N Interstate 35 Frontage Rd, Austin, TX 78705 | *0812 | 04/07/22 | $53.08 | TOLL | YES | NO |
| Debtor 2 | 4.25 | Century Integrated Partners (Emergency Physicians) | PO Box 844409, Dallas, TX 75284-4409 | *8990 | 10/02/22 | $52.65 | MEDICAL | YES | NO |
| Debtor 2 | 4.26 | Century Integrated Partners (Emergency Physicians) | PO Box 844409, Dallas, TX 75284-4409 | *8990 | 10/02/22 | $186.06 | MEDICAL | YES | NO |
| Debtor 1 | 4.27 | Citibank N.A. / Macy's | PO Box 790040, St. Louis, MO 63179-9819 | *5742 | 03/30/23 | $588.71 | CREDIT | YES | NO |
| Debtor 1 | 4.28 | City of League City | PO Box 269110, Sacramento, CA 95826-9110 | *5887 | 04/08/23 | $150.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.29 | Comcast | 1701 John F. Kennedy Blvd., Philadelphia, PA 19106-2838 | Unknown | Unknown | $448.06 | CABLE | NO | NO |
| Debtor 1 | 4.30 | Comenity Bank / Lane Bryant | PO Box 182273, Columbus OH 43218-2273 | *8707 | 02/22/23 | $648.49 | CREDIT | YES | NO |
| Debtor 1 | 4.31 | Comenity Bank / Victoria Secret | PO Box 650972, Dallas, TX 75265-0972 | *7272 | 07/01/20 | $418.00 | CREDIT | NO | NO |
| Debtor 1 | 4.32 | Comenity Bank / Victoria Secret | PO Box 650972, Dallas, TX 75265-0972 | *4613 | 03/10/26 | $442.96 | CREDIT | YES | NO |
| Debtor 1 | 4.33 | Contemporary Medicine Associates PLLC | 6565 West Loop South, Suite 525, Houston, TX 77401-3519 | *1256 | 05/22/23 | $113.28 | MEDICAL | YES | NO |
| Debtor 1 | 4.34 | Cortland League City Apartments | 1751 West Walker St., League City, TX 77573 | *8111 | 05/27/22 | $4,414.16 | CONTRACT | NO | NO |

26-10643-cgb Doc#15 Filed 04/17/26 Entered 04/17/26 Doc Desc: Main Document Page 2 of 3

| Debtor | No. | Creditor | Address | Account | Date | Amount | Type | | |
|---|---|---|---|---|---|---|---|---|---|
| Debtor 1 | 4.35 | Credit One Bank N.A. | PO Box 98873, Las Vegas, NV 89193-8873. | *2555 | 04/22/24 | $690.87 | CREDIT | YES | NO |
| Debtor 2 | 4.36 | DJO, LLC | PO Box 660852, Dallas, TX 75266-0852 | *1790 | 09/03/23 | $55.67 | MEDICAL | YES | NO |
| Debtor 2 | 4.37 | Doctor's Hospital of Laredo | 10700 McPherson Rd, Laredo, TX 78045 | *7244 | 09/17/23 | $206.73 | MEDICAL | YES | NO |
| Debtor 2 | 4.38 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *3515 | 12/28/23 | $501.41 | CREDIT | YES | NO |
| Debtor 2 | 4.39 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *8450 | 07/13/25 | $646.48 | CREDIT | YES | NO |
| Debtor 1 | 4.40 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *0024 | 06/24/25 | $1,116.23 | CREDIT | YES | NO |
| Debtor 1 | 4.41 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *0297 | 06/24/25 | $616.41 | CREDIT | YES | NO |
| Debtor 1 | 4.42 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *2479 | 06/24/25 | $700.00 | CREDIT | YES | NO |
| Debtor 1 | 4.43 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *7256 | 06/24/25 | $206.88 | CREDIT | YES | NO |
| Debtor 2 | 4.44 | First Premiere Bankcard | PO Box 5519, Sioux Falls, SD 57117-5519 | *2600 | 06/24/25 | $661.75 | CREDIT | YES | NO |
| Debtor 2 | 4.45 | Fort Bend County Toll Road | PO Box 622002, Dallas, TX 75262-2002 | TBD2053 | 02/26/24 | $149.45 | TOLL | YES | NO |
| Debtor 1 | 4.46 | Geico County Mutual | Regional Office, One GEICO Center, Macon, GA 31296-001 | *5266 | 05/19/23 | $219.55 | INSURANCE | YES | NO |
| Debtor 2 | 4.47 | Georgetown Fire Department | PO Box 613175, Dallas, TX 75261-3175 | *8589 | 08/09/23 | $2,034.00 | MEDICAL | YES | NO |
| Both | 4.48 | Global Lending Services | PO Box 10437, Greenville SC 29603 | *7959 | 04/02/26 | $24,255.74 | AUTO | YES | NO |
| Debtor 2 | 4.49 | GM Financial | PO Box 183621, Arlington, TX 76096-3621 | *6393 | 08/01/23 | $11,164.63 | AUTO | YES | NO |
| Debtor 1 | 4.50 | Grand Villas at Tuscan Lakes | 1800 S. Egret Bay Blvd., League City, TX 77833 | *4263 | 12/23/22 | $7,863.42 | LEASE | NO | NO |
| Debtor 1 | 4.51 | Guardian Anesthesia Service LLC | 1002 Gemini, Suite 128, Houston, TX 77058-2746 | *6150 | 04/23/19 | $160.20 | MEDICAL | NO | NO |
| Debtor 1 | 4.52 | Guardian Anesthesia Service LLC | 1002 Gemini, Suite 128, Houston, TX 77058-2746 | *6150 | 4/14/14 | $398.00 | MEDICAL | NO | NO |
| Debtor 1 | 4.53 | HCA Houston Healthcare Clear Lake | 1 Park Plaza, Nashville, TN 37203 | *9742 | 04/23/19 | $534.00 | MEDICAL | NO | NO |
| Debtor 1 | 4.54 | HCTRA | PO Box 440, Dept. 8, Houston, TX 77210-4440 | *6022 | 02/06/26 | $1,200.09 | TOLL | YES | NO |
| Debtor 1 | 4.55 | Holistic Psychiatry | 3411 Cedar Knolls Dr., Suite B, Kingwood, TX 77339-2474 | *4729 | 09/03/24 | $182.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.56 | Klarna | 800 N. High St., Suite 400, Columbus, OH 43215 | *3505 | 11/14/25 | $71.22 | CREDIT | YES | NO |
| Debtor 2 | 4.57 | LabCorp | PO Box 2240, Burlington, NC 27216-2240 | *0797 | Unknown | $53.26 | MEDICAL | YES | NO |
| Debtor 1 | 4.58 | Lane Health | 440 Monticello Ave., Suite 1802, Norfolk, VA 23510 | *6573 | 03/09/26 | $817.55 | CREDIT | YES | NO |
| Debtor 2 | 4.59 | Longhorn Emergency Medical Associates, P.A. | PO Box 638761, Cincinnati, OH 45263-8761 | *0734 | 08/09/23 | $158.24 | MEDICAL | YES | NO |
| Debtor 1 | 4.60 | LVNV Funding LLC - Default Judgment | Rausch Sturm, 15660 North Dallas Pkwy, Suite 350, Dallas, TX 75248 | 18-DC04-0379 | 09/02/20 | $1,497.30 | CREDIT | NO | NO |
| Debtor 2 | 4.61 | Memorial Hermann | 929 Gessner Drive, Suite 2600, Houston, TX 77024 | *7501 | 09/20/24 | $1,796.01 | MEDICAL | YES | NO |
| Debtor 2 | 4.62 | Memorial Hermann Emergency Physicians | PO Box 735208, Dallas, TX 75373-5208 | *0893 | 02/02/24 | $543.96 | MEDICAL | YES | NO |
| Debtor 2 | 4.63 | Memorial Pathology Consultants | 1900 N. Pearl Street, Suite 2400, Dallas, TX 75201 | *8701 | 11/17/23 | $240.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.64 | Merrick Bank Corp | PO Box 660702, Dallas, TX 75266-0702 | *4051 | 10/25/25 | $365.80 | CREDIT | YES | NO |
| Debtor 1 | 4.65 | MHHS Southeast Hospital | 11800 Astoria Blvd., Houston, TX 77089 | *7501 | 10/21/20 | $626.00 | MEDICAL | NO | NO |
| Debtor 1 | 4.66 | MHHS Southeast Hospital | 11800 Astoria Blvd., Houston, TX 77089 | *7502 | 12/05/20 | $2,073.02 | MEDICAL | NO | NO |
| Debtor 1 | 4.67 | MHHS Southeast Hospital | 11800 Astoria Blvd., Houston, TX 77089 | *7502 | 12/05/20 | $2,699.02 | MEDICAL | NO | NO |
| Debtor 2 | 4.68 | Montgomery County Toll Road Authority | PO Box 4440, Dept. 8, Houston, TX 77210-444 | TBD2053 | 08/07/24 | $466.88 | TOLL | YES | NO |
| Debtor 1 | 4.69 | Navy Federal Credit Union (Checking) | PO Box 3500, Merrifield, VA 22119-3500 | *9998 | 6/13/25 | $580.64 | CHECKING | YES | NO |
| Debtor 1 | 4.70 | North Texas Tollway Authority | PO Box 660244, Dallas, TX 75266-0244 | *3055 | 07/27/24 | $42.58 | TOLL | YES | NO |
| Debtor 2 | 4.71 | Progressive County Mutual Ins. Co. | 300 North Commons Blvd., Mayfield Village, OH 44143. | *2866 | 02/04/22 | $409.62 | INSURANCE | YES | NO |
| Debtor 1 | 4.72 | Progressive Leasing | 256 West Data Drive, Draper, UT 84020 | *1075 | 07/22/25 | $329.55 | CREDIT | YES | NO |
| Debtor 1 | 4.73 | Reliant Energy Retail Service | 910 Louisiana St., Suite 13082B, Houston, TX 77002 | *7040 | 02/21/23 | $112.29 | ELECTRIC | YES | NO |
| Debtor 1 | 4.74 | Scurry Emergency Medicine Associates PA | 200 Blossom St, Webster, TX 77598 | *5139 | 3/27/22 | $49.92 | MEDICAL | NO | NO |
| Debtor 1 | 4.75 | Security Finance | 913 West Main Street, League City, TX 77573 | Unknown | Unknown | $408.00 | LOAN | NO | NO |
| Debtor 1 | 4.76 | Snap Finance | PO Box 26561, Salt Lake City, UT 84126 | M9TX | 11/19/04 | $1,785.75 | CREDIT | YES | NO |
| Debtor 1 | 4.77 | Sprint / T-Mobile | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 | *4459 | 11/26/22 | $150.60 | PHONE | YES | NO |
| Debtor 2 | 4.78 | St. David's Georgetown Hospital (Cast services) | PO Box 292105, Nashville, TN 37229-2105 | *0734 | 08/09/23 | $158.24 | MEDICAL | YES | NO |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Debtor 2 | 4.79 | St. David's Georgetown Hospital (ER physician services) | PO Box 292105, Nashville, TN 37229-2105 | *0734 | 08/09/23 | $384.00 | MEDICAL | YES | NO |
| Debtor 2 | 4.80 | St. David's Georgetown Hospital (Hospital services) | PO Box 292105, Nashville, TN 37229-2105 | *4778 | 08/09/23 | $756.00 | MEDICAL | YES | NO |
| Debtor 2 | 4.81 | St. Joseph Health Physicians | PO Box 679873, Dallas, TX 75267 | *1817 | 07/13/21 | $89.00 | MEDICAL | YES | NO |
| Debtor 2 | 4.82 | St. Joseph Health Physicians | PO Box 679873, Dallas, TX 75267 | *8142 | 04/06/21 | $179.00 | MEDICAL | NO | NO |
| Debtor 2 | 4.83 | St. Joseph Regional Health Ctr | PO Box 679873, Dallas, TX 75267 | *5202 | 10/19/23 | $52.77 | MEDICAL | YES | NO |
| Debtor 2 | 4.84 | St. Joseph Regional Health Ctr | PO Box 679873, Dallas, TX 75267 | *3450 | 04/06/21 | $268.00 | MEDICAL | NO | NO |
| Debtor 1 | 4.85 | Synchrony Bank / JC Penny | PO Box 960090, Orlando, FL 32896-0006 | *7942 | 11/06/19 | $808.98 | CREDIT | NO | NO |
| Debtor 1 | 4.86 | Synchrony Bank / PayPal Credit | PO Box 960006, Orlando, FL 32896-0006 | *7520 | 03/10/20 | $350.40 | CREDIT | NO | NO |
| Debtor 1 | 4.87 | TX Tag | PO Box 650749, Dallas, TX 75265-0749 | *1390 | 01/21/25 | $30.00 | TOLL | YES | NO |
| Debtor 2 | 4.88 | TX Tag | PO Box 650749, Dallas, TX 75265-0749 | *5244 | 01/21/25 | $646.19 | TOLL | YES | NO |
| Debtor 2 | 4.89 | US Acute Care Solutions | 4535 Dressler Road NW, Canton, OH 44718. | G764 | 6/21/23 | $522.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.90 | UT Physicians | PO Box 301173, Dallas, TX 75303-1173 | *7025 | 07/21/16 | $44.84 | MEDICAL | NO | NO |
| Debtor 1 | 4.91 | UTMB Health | UTMB Legal Affairs, 301 University Blvd., Galveston, TX 77555 | *0088 | 03/28/22 | $7.94 | MEDICAL | YES | NO |
| Debtor 1 | 4.92 | UTMB Health | UTMB Legal Affairs, 301 University Blvd., Galveston, TX 77555 | *3282 | 08/04/21 | $12.36 | MEDICAL | YES | NO |
| Debtor 1 | 4.93 | UTMB Health | UTMB Legal Affairs, 301 University Blvd., Galveston, TX 77555 | *3813 | 08/04/21 | $149.05 | MEDICAL | YES | NO |
| Debtor 1 | 4.94 | UTMB Health | UTMB Legal Affairs, 301 University Blvd., Galveston, TX 77555 | *2534 | 03/28/22 | $878.00 | MEDICAL | YES | NO |
| Debtor 1 | 4.95 | WebBank / Fingerhut | PO Box 70281, Philadelphia, PA 19176-0281 | Unknown | Unknown | $1,545.00 | CREDIT | YES | NO |
| Debtor 1 | 4.96 | WebBank / Fingerhut Advantage | PO Box 70281, Philadelphia, PA 19176-0281 | *6774 | 02/16/23 | $266.00 | CREDIT | YES | NO |
| Debtor 1 | 4.97 | WebBank / Fingerhut Fetti | PO Box 70792, Philadelphia, PA 19176-0792 | *4342 | 02/16/23 | $224.54 | CREDIT | YES | NO |
| Debtor 1 | 4.98 | West Creek Financial | PO Box 5518, Glen Allen, VA 23058 | 431125-1 | Unknown | $2,443.22 | CREDIT | YES | NO |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | TOTAL | | $108,345.50 | | |

26-10643-cgb  Doc#15  Filed 04/17/26  Entered 04/20/26 11:07:30  Main Document  Pg 12 of 12