FILED

APR 17 2026

U.S. BANKRUPTCY COURT
BY_____DEPUTY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  Michelle Marie Wenckens
and Justin Dewayne Wenckens,

        Debtors.

Case No. 26-10643-cgb

Chapter 7

---

## Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Michelle Marie Wenckens, a joint debtor and attorney-in-fact for Justin Dewayne Wenckens, and files this Motion pursuant to 11 U.S.C. § 109(h), and respectfully shows:

### I.    Introduction

This Motion seeks approval and ratification of pre-petition credit counseling completed by Michelle Marie Wenckens on behalf of co-debtor Justin Dewayne Wenckens, or alternatively, a waiver or exemption due to incarceration.

### II.    Background

Debtors filed this case as a joint petition under Chapter 7 of the Bankruptcy Code. Co-debtor Justin Dewayne Wenckens is currently incarcerated at the Coffield Unit of the Texas Department of Criminal Justice (TDCJ #02477197) (Exhibit A.) Due to his incarceration, Justin Dewayne Wenckens does not have reasonable access to:

- o   Internet-based credit counseling services;
- o   Telephone counseling services; or
- o   In-person approved credit counseling agencies.

Michelle Marie Wenckens holds a valid Power of Attorney (Exhibit B), authorizing her to act on his behalf in financial and legal matters, including this bankruptcy proceeding.

Motion to Approve Credit Counseling Completed by
Attorney-In-Fact, or Alternatively, for Waiver of Credit
Counseling Requirement

Page 1 of 4

In order to comply with the pre-petition requirements of 11 U.S.C. § 109(h) and avoid dismissal of this case, Michelle Marie Wenckens completed the required credit counseling briefing prior to filing, intending that such counseling apply to both Debtors. A certificate of credit counseling was issued in the name of Justin Dewayne Wenckens prior to filing and is being filed contemporaneously with this motion. (Exhibit C.)

The counseling was completed in good faith and with the intent to comply with the Bankruptcy Code under circumstances where Justin Dewayne Wenckens was unable to participate due to incarceration.

## III. Legal Basis

Under 11 U.S.C. § 109(h)(1), an individual must complete credit counseling prior to filing bankruptcy.

Under 11 U.S.C. § 109(h)(3), the Court may grant a temporary waiver where:

- o Exigent circumstances exist; and
- o The debtor is unable to obtain counseling within seven (7) days of request.

Under 11 U.S.C. § 109(h)(4), the Court may grant an exemption where the debtor is unable to complete counseling due to incapacity or disability.

Courts have recognized that incarceration may constitute a qualifying disability where it prevents meaningful access to credit counseling services.

Courts have also permitted an attorney-in-fact to act on behalf of a debtor where appropriate authority exists.

## IV. Argument

The incarceration of Justin Dewayne Wenckens creates a substantial and unavoidable barrier to compliance with § 109(h).

Motion to Approve Credit Counseling Completed by
Attorney-In-Fact, or Alternatively, for Waiver of Credit
Counseling Requirement

The Debtor lacks access to approved credit counseling services due to institutional restrictions at the Coffield Unit.

Allowing Michelle Marie Wenckens to complete the counseling as attorney-in-fact:

- Preserves the intent of the Bankruptcy Code;
- Avoids undue prejudice to the Debtor; and
- Promotes efficient administration of the estate.

Alternatively, the Debtor qualifies for a waiver or exemption due to inability to comply.

## V.    Relief Requested

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court:

1.    Authorize Michelle Marie Wenckens, as attorney-in-fact, to complete credit counseling on behalf of Justin Dewayne Wenckens;

OR, IN THE ALTERNATIVE:

2.    Grant a temporary waiver under 11 U.S.C. § 109(h)(3);

OR

3.    Grant a full exemption under 11 U.S.C. § 109(h)(4); and for such other and further relief to which Movant may be justly entitled.

Dated: April 13, 2026

Respectfully submitted,

Michelle Marie Wenckens
1897 Lauraine Ln
Brenham, Texas 77833
Phone: (979) 337-4414
Email: mmwenckens@gmail.com

*Pro Se Debtor / Attorney-in-Fact*

Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement

Page 3 of 4

**Certificate of Service**

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document was served to all parties listed on Exhibit D via U.S. Mail on April 13, 2026.

_____
Michelle Marie Wenckens

Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement

Page 4 of 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:   Michelle Marie Wenckens
and Justin Dewayne Wenckens,

Debtors.

Case No. 26-10643-cgb

Chapter 7

---

### DECLARATION OF MICHELLE MARIE WENCKENS

---

I, Michelle Marie Wenckens, declare under penalty of perjury:

1.      I am a joint debtor in this case and the spouse of Justin Dewayne Wenckens.

2.      I hold a valid Power of Attorney authorizing me to act on his behalf.

3.      Justin Dewayne Wenckens is currently incarcerated at the Coffield Unit, TDCJ #02477197.

4.      Due to his incarceration, he does not have access to internet, telephone, or in-person credit counseling services approved by the United States Trustee.

5.      I have made reasonable efforts to determine whether he could complete the counseling, but such access is not available.

6.      This Motion is made in good faith and not for purposes of delay.

7.      Prior to filing this bankruptcy case, I completed the required credit counseling briefing. I did so with the understanding and intent that it would satisfy the requirement for both myself and my husband, Justin Dewayne Wenckens, due to his inability to participate as a result of his incarceration.

8.      The credit counseling agency issued a certificate in the name of Justin Dewayne Wenckens following completion of the briefing.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: April 13, 2026

Michelle Marie Wenckens

Declaration of Michelle Marie Wenckens

Page 1 of 1

# EXHIBIT A



**Texas Department of Criminal Justice**

Return to Search Results

## Inmate Information Details

**SID Number:** 05899305

**TDCJ Number:** 02477197

**Name:** WENCKENS,JUSTIN DEWAYNE

**Race:** W

**Gender:** M

**Age:** 49

**Maximum Sentence Date:** 2034-11-04

**Current Facility:** COFFIELD

**Projected Release Date:** 2034-11-04

**Parole Eligibility Date:** 2025-10-24

**Inmate Visitation Eligible:** YES

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

# Exhibit B

DURABLE POWER OF ATTORNEY FOR FINANCIAL MANAGEMENT NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE DURABLE POWER OF ATTORNEY ACT, SUBTITLE P, TITLE 2, ESTATES CODE. IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

You should select someone you trust to serve as your agent (attorney-in-fact). Unless you specify otherwise, generally the agent's (attorney-in-fact's) authority will continue until:

1. you die or revoke the power of attorney;

2. your agent (attorney-in-fact) resigns or is unable to act for you; or

3. a guardian is appointed for your estate.

**THIS DURABLE POWER OF ATTORNEY for financial management** is given by me, **Justin Dewayne Wenckens** (the "Principal"), presently of 1897 Lauraine Ln, Brenham, in the State of Texas, on this 28th day of September, 2023.

## Nature of Power

1. This document is to be construed as a STATUTORY DURABLE POWER OF ATTORNEY and the authority of my Attorney-in-fact shall not terminate if I become disabled or incapacitated.

## Previous Power of Attorney

2. **I REVOKE** any previous durable power of attorney granted by me.

## Attorney-in-fact

3. **I APPOINT** Michelle Marie Wenckens, of 1897 Lauraine Ln, Brenham, Texas, to act as my Attorney-in-fact.

## Governing Law

4. This document will be governed by the laws of the State of Texas. Further, my Attorney-in-fact is directed to act in accordance with the laws of the State of Texas at any time he or she may be acting on my behalf.

**Durable Power of Attorney**                                                                **Page 1 of 11**

## Liability of Attorney-in-fact

5.  My Attorney-in-fact will not be liable to me, my estate, my heirs, successors or assigns for any action taken or not taken under this document, except for willful misconduct or gross negligence.

## Effective Date

6.  This Power of Attorney will start immediately and will continue notwithstanding a finding of my mental incapacity or mental infirmity which may occur after my execution of this Power of Attorney.

## Powers of Attorney-in-fact

7.  My Attorney-in-fact has authority to do anything on my behalf that I may lawfully do by an attorney-in-fact (the "General Power").

## Specific Powers

8.  Without restricting its generality in any way, the following power(s) are specifically included within the foregoing General Power:

Initials

### *Real Estate Transactions*

a.  To deal with any interest I may have in real property and sign all documents on my behalf concerning my interest, including, but not limited to, real property I may subsequently acquire or receive. These powers include, but are not limited to, the ability to:

   i.  Purchase, sell, exchange, accept as gift, place as security on loans, convey with or without covenants, rent, collect rent, sue for and receive rents, eject and remove tenants or other persons, to pay or contest taxes or assessments, control any legal claim in favor of or against me, partition or consent to partitioning, mortgage, charge, lease, surrender, manage or otherwise deal with real estate and any interest therein; and

   ii.  Execute and deliver deeds, transfers, mortgages, charges, leases, assignments, surrenders, releases and other instruments required for any such purpose.

### *Maintain Property and Make Investments*

b.  To retain any assets owned by me at the date this Durable Power of Attorney becomes effective, and the power to reinvest those assets in similar investments. In addition, my Attorney-in-fact may invest my assets in any new investments, of his

**Durable Power of Attorney**                                     **Page 2 of 11**

or her choosing, regardless of whether or not they are authorized by any applicable legislation.

**Banking Transactions**

c.     To do any act that I can do through an Attorney-in-fact with a bank or other financial institution. This power includes, but is not limited to, the power to:

   i.     Open, maintain or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with financial institutions;

   ii.    Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity;

   iii.   Borrow money from any banking or financial institution if deemed necessary by my Attorney-in-fact, and to manage all aspects of the loan process, including the placement of security and the negotiation of terms;

   iv.    Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the United States of America, including U.S. Treasury Securities;

   v.     Have access to any safe deposit box that I might own, including its contents; and

   vi.    Create and deliver any financial statements necessary to or from any bank or financial institution.

**Business Operating Transactions**

d.     To take any action my Attorney-in-fact deems necessary with any business that I may own or have an interest in by doing any act which can be done through an Attorney-in-fact. This power includes, but is not limited to, the power to execute, seal and deliver any instrument; participate in any legal business of any kind; execute partnership agreements and amendments; to incorporate, reorganize, consolidate, merge, sell, or dissolve any business; to elect or employ officers, directors and agents; and to exercise voting rights with respect to any stock I may own, either in person or by proxy.

**Durable Power of Attorney**                                              **Page 3 of 11**

### Insurance Transactions

e.     To do any act that I can do through an Attorney-in-fact with any insurance policy.

This power includes, but is not limited to, the power to pay premiums, start, modify or terminate policies, manage all cash payouts, borrow from insurers and third parties using insurance policies as collateral, and to change the beneficiaries on any insurance policies on my life. Unless my Attorney-in-fact was already a beneficiary of any policy before the signing of this document, my Attorney-in-fact cannot name himself or herself as a beneficiary of such policy.

### Claims and Litigation Matters

f.     To institute, maintain, defend, compromise, arbitrate or otherwise dispose of, any and all actions, suits, attachments or other legal proceedings for or against me. This power includes, but is not limited to, the power to: appear on my behalf, and the power to settle any claim against me in whichever forum or manner my Attorney-in-fact deems prudent, and to receive or pay any resulting settlement.

### Tax Matters

g.     To act for me in all matters that affect my local, state and federal taxes and to prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authority to:

h.     Prepare, sign and file income and other tax returns with federal, state, local and other governmental bodies, and to receive any refund checks; and

i.     Obtain information or documents from any government or its agencies, and represent me in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

### Government Benefits

j.     To act on my behalf in all matters that affect my right to allowances, compensation and reimbursements properly payable to me by the Government of the United States or any agency or department thereof including, but not limited to, benefits from social security, Medicare, Medicaid, or other governmental programs or civil or military service. This power includes, but is not limited to, the power to prepare, file, claim, defend or settle any claim on my behalf and to receive and manage, as my Attorney-in-fact sees fit, any proceeds of any claim.

### Retirement Benefit Transactions

k.     To act for me and represent my interests in all matters affecting any retirement savings or pension plans I may have. This power includes, but is not limited to, the power to continue contributions, change contribution amounts, change investment

**Durable Power of Attorney**                          **Page 4 of 11**

strategies and options, move assets to other plans, receive and manage payouts, and add or change existing beneficiaries. My Attorney-in-fact cannot add himself or herself as a beneficiary unless he or she is already a designated beneficiary as of the signing of this document.

***Family Care***

l. To make whatever expenditures are required for the maintenance, education, benefit, medical care and general advancement of me, my spouse and dependent children, and other persons that I have chosen or which I am legally required to support, any of which may include my Attorney-in-fact. This power includes, but is not limited to, the power to pay for housing, clothing, food, travel and other living costs.

***Chattel and Goods Transactions***

m. To purchase, sell or otherwise deal with any type of personal property I may currently or in the future have an interest in. This includes, but is not limited to, the power to purchase, sell, exchange, accept as gift, place as security on loans, rent, lease, to pay or contest taxes or assessments, mortgage or pledge.

***Estate Transactions***

n. To do any act that I can do through an Attorney-in-fact with regard to all matters that affect any trust, probate estate, conservatorship, or other fund from which I may receive payment as a beneficiary. This power includes the power to disclaim any interest which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Attorney-in-fact cannot disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Attorney-in-fact or my Attorney-in-fact's estate.

***Living Trust Transactions***

o. To transfer any of my assets to the trustee of any revocable trust created by me, if such trust is in existence at the time of such transfer. This property can include real property, stocks, bonds, accounts, insurance policies or other property.

***Gift Transactions***

p. To make gifts to my spouse, children, grandchildren, great grandchildren, and other family members on special occasions, including birthdays and seasonal holidays, including cash gifts, and to such other persons with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), in such amounts as my Attorney-in-fact may decide in his or her absolute discretion, having regard to all of the circumstances, including the gifts I

**Durable Power of Attorney**          **Page 5 of 11**

made while I was capable of managing my own estate, the size of my estate and my income requirements.

### Charity Transactions

q. To continue to make gifts to charitable organizations with whom I have an stablished pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), in such amounts as my Attorney-in-fact may decide in his or her absolute discretion, having regard to all of the circumstances, including he gifts I made while I was capable of managing my own estate, the size of my estate and my income requirements.

### Employ Required Professionals

r. To appoint and employ any agents, servants, companions, or other persons, including nurses and other health care professionals for my care and the care of my spouse and dependent children, and accountants, attorneys, clerks, workers and others for the management, preservation and protection of my property and estate, at such compensation and for such length of time as my Attorney-in-fact considers advisable.

## Attorney-in-fact Compensation

9. My Attorney-in-fact will be compensated as follows:

    a. My attorney-in-fact will not be compensated.

## Co-owning of Assets and Mixing of Funds

10. My Attorney-in-fact may continue to co-own assets and have any funds owned by him or her mixed with my funds to the same extent that the co-owning of assets and mixing of funds existed before operation of this Power of Attorney.

## Personal Gain from Managing My Affairs

11. My Attorney-in-fact is allowed to personally gain from any transaction he or she may complete on my behalf if the transaction is completed in good faith and with my Attorney-in-fact believing it is in my best interest.

## Delegation of Authority

12. My Attorney-in-fact may delegate any authority granted under this document to a person of his or her choosing. Any delegation must be in writing and state the extent of the power delegated and the period of time in which the delegation will be effective.

## Nomination of Guardian or Conservator

13. In the event that a court decides that it is necessary to appoint a guardian or conservator for me, I hereby nominate my Attorney-in-fact to be considered by the court for appointment to serve as my guardian or conservator, or in any similar representative capacity.

## Reporting Requirements

14. My Attorney-in-fact is required to prepare financial reports every six months, starting six months following the determination of my incapacity, detailing income, expenses, and any change in the value of assets over the previous six-month period. These reports will be sent within one month of the due date to:

> Name: Justin Dewayne Wenckens
> Address: TBD
> City/State: TBD

## Attorney-in-fact Restrictions

15. This Power of Attorney is not subject to any conditions or restrictions other than those noted above.

## Notice to Third Parties

16. Any third party who receives a valid copy of this Power of Attorney can rely on and act under it. A third party who relies on the reasonable representations of my Attorney-in-fact as to a matter relating to a power granted by this Power of Attorney will not incur any liability to the Principal or to the Principal's heirs, assigns, or estate as a result of permitting the Attorney-in-fact to exercise the authority granted by this Power of Attorney up to the point of revocation of this Power of Attorney. Revocation of this Power of Attorney will not be effective as to a third party until the third party receives notice and has actual knowledge of the revocation.

## Severability

17. If any part of any provision of this document is ruled invalid or unenforceable under applicable law, such part will be ineffective to the extent of such invalidity only, without in any way affecting the remaining parts of such provisions or the remaining provisions of this document.

## Acknowledgment

18. I, **Justin Dewayne Wenckens**, being the Principal named in this Durable Power of Attorney hereby acknowledge:

    a. I have read and understand the nature and effect of this Durable Power of Attorney;

**Durable Power of Attorney** **Page 7 of 11**

b.      I recognize that this document gives my Attorney-in-fact broad powers over my assets, and that these powers will continue past the point of my incapacity;

c.      I am of legal age in the State of Texas to grant a Durable Power of Attorney; and

d.      I am voluntarily giving this Durable Power of Attorney and recognize that the powers given in this document will become effective as of the date of my incapacity or as specified within.

**IN WITNESS WHEREOF** I hereunto set my hand and seal at the city of _____Katy_____, Texas in the State of Texas, this 28th day of September, 2023.

_____
Justin Dewayne Wenckens
(Principal)

## NOTARY ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF _Harris_

The instrument was acknowledged before me on the 28th day of September, 2023, by Justin Dewayne Wenckens.

KIMBERLY P. SOLLEY
My Notary ID # 11066428
Expires January 27, 2024

_____
Notary Public

My commission expires: __1/27/24__

**Durable Power of Attorney**              **Page 8 of 11**

## INFORMATION FOR AGENT (ATTORNEY-IN-FACT)

### Agent's Duties

When you accept the authority granted under this power of attorney, you establish a "fiduciary" relationship with the principal. This is a special legal relationship that imposes on you legal duties that continue until you resign or the power of attorney is terminated or revoked by the principal or by operation of law. A fiduciary duty generally includes the duty to:

1.  act in good faith;

2.  do nothing beyond the authority granted in this power of attorney;

3.  act loyally for the principal's benefit;

4.  avoid conflicts that would impair your ability to act in the principal's best interest; and

5.  Disclose your identity as an agent or attorney-in-fact when you act for the principal by writing or printing the name of the principal and signing your own name as "agent" or "attorney-in-fact" in the following manner:

(Principal's Name) by (Your Signature) as Agent (or as Attorney-in-fact)

In addition, the Durable Power of Attorney Act (Subtitle P, Title 2, Estates Code) requires you to:

1.  maintain records of each action taken or decision made on behalf of the principal; maintain all records until delivered to the principal, released by the principal, or discharged by a court.

2.  if requested by the principal, provide an accounting to the principal that, unless otherwise directed by the principal or otherwise provided in the Special Instructions, must include:

    a.  the property belonging to the principal that has come to your knowledge or your possession;

    b.  each action taken or decision made by you as agent or attorney-in-fact;

    c.  a complete account of receipts, disbursements, and other actions of you as agent or attorney-in-fact that includes the source and nature of each receipt, disbursement, or action, with receipts of principal and income shown separately;

**Durable Power of Attorney**                                      **Page 9 of 11**

d.  a listing of all property over which you have exercised control that includes an adequate description of each asset and the asset's current value, if known to you;

e.  the cash balance on hand and the name and location of the depository at which the cash balance is kept;

f.  each known liability;

g.  any other information and facts known to you as necessary for a full and definite understanding of the exact condition of the property belonging to the principal; and

h.  all documentation regarding the principal's property.

## Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. An event that terminates this power of attorney or your authority to act under this power of attorney includes:

1.  the principal's death;

2.  the principal's revocation of this power of attorney or your authority;

3.  the occurrence of a termination event stated in this power of attorney;

4.  if you are married to the principal, the dissolution of your marriage by court decree of divorce or annulment;

5.  the appointment and qualification of a permanent guardian of the principal's estate; or

6.  if ordered by a court, the suspension of this power of attorney on the appointment and

7.  qualification of a temporary guardian until the date the term of the temporary guardian expires.

## Liability of Agent

The authority granted to you under this power of attorney is specified in the Durable Power of Attorney (Subtitle P, Title 2, Estates Code). If you violate the Durable Power of Attorney Act or act beyond the authority granted, you may be liable for any damages caused by the violation or subject to prosecution for misapplication of property by a fiduciary under Chapter 32 of the Texas Penal Code.

**Durable Power of Attorney**                                    **Page 10 of 11**

THE ATTORNEY-IN-FACT OR AGENT, BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, ASSUMES THE FIDUCIARY AND OTHER LEGAL AN AGENT.

*(Remainder of page intentionally left blank)*

# EXHIBIT C

Certificate Number: 15322-TXW-CC-040788759

15322-TXW-CC-040788759

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 28, 2026</u>, at <u>10:32</u> o'clock <u>AM CDT</u>, <u>Justin Dewayne Wenckens</u> received from <u>1$ Wiser Consumer Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 28, 2026</u>   By: <u>/s/Arleni Gonzalez</u>

Name: <u>Arleni Gonzalez</u>

Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# Exhibit D

**Certificate of Service Mailing List**

Aargon Agency, Inc.
8668 Spring Mountain Rd., Suite 110
Las Vegas, NV 89117

Account Resolution Services
PO Box 459079
Sunrise, FL 33345-9079

ACS Primary Care Physicians
Southwest, PA
14100 Southwest Freeway, Suite 450
Sugar Land, TX 77478

Affirm
650 California Street, Floor 12
San Francisco, CA 94108

American First Finance
3100 Olympus Blvd., Suite 300
Dallas, TX 75019

ARA Diagnostic Imaging
PO Box 208108
Dallas, TX 75320-8108

ARC Management Group, Inc.
1825 Barrett Lakes Blvd. NW, Suite 505
Kennesaw, GA 30144

ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-9046

Aspen Dental
PO Box 1578
Albany, NY 12201

Aspire
PO Box 105555
Atlanta, GA 30348-5555

AT&T
PO Box 2171
Southgate, MI 48195-4171

Austin County District Clerk
265 N. Chesley Street, Suite 1
Bellville, TX 77418

Austin County EMS
PO Box 863
Lewisville, NC 27023

Bank of Missouri / Verve
PO Box 6812
Carol Stream, IL 60197-6812

Barrier Reef Emergency Physicians
PLLC (UTMB)
301 University Blvd.
Galveston, TX 77555

Basin Emergency Physicians PLLC
3212 Callaway Dr.
Midland, TX 79707

Baylor Scott & White
301 N. Washington Ave.
Dallas, TX 75246

Bridgecrest Credit Company
1720 W. Rio Salado Pkwy, Suite 101
Tempe, AZ 85281

Certificate of Service Mailing List

BSW Brenham Clinic
600 N Park St.
Brenham, TX 77833

BSWH College Station
700 Scott & White Dr.
College Station, TX 77845

Bureaus Investment Group
711 N. Edgewood Ave., Suite 200
Wood Dale, IL 60191

Caine & Weiner Company Inc.
5805 Sepulveda Blvd., 4th Floor
Sherman Oaks, CA 91411

Capio Partners
3400 Texoma Parkway, Suite 100
Sherman, TX 75090

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One / Dressbarn
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One / Kohl's
PO Box 30285
Salt Lake City, UT 84130-0285

Cardiovascular & Heart Rhythm
Associates, PA
425 Holderrieth Blvd., Suite 118
Tomball, TX 77375-5189

Cavalry SPV I, LLC
1 American Lane, Suite 220
Greenwich, CT 06831-2200

Celtic Bank / Affirm
268 South State Street, Suite 300
Salt Lake City, UT 84111

Celtic Bank / Indigo Mastercard
268 South State Street, Suite 300
Salt Lake City, UT 84111

Central Texas Regional Mobility
Authority
3300 N Interstate 35 Frontage Rd.
Austin, TX 78705

Century Integrated Partners (Emergency
Physicians)
PO Box 844409
Dallas, TX 75284-4409

Citibank N.A. / Macy's
PO Box 790040
St. Louis, MO 63179-9819

City of League City
PO Box 269110
Sacramento, CA 95826-9110

Comcast
1701 John F. Kennedy Blvd.
Philadelphia, PA 19106-2838

Comenity Bank / Lane Bryant
PO Box 182273
Columbus, OH 43218-2273

Comenity Bank / Victoria's Secret
PO Box 650972
Dallas, TX 75265-0972

Certificate of Service Mailing List                     Page 2 of 8

Contemporary Medicine Associates
PLLC
6565 West Loop South, Suite 525
Houston, TX 77401-3519

Continental Service Group LLC
d/b/a ConServe
200 CrossKeys Office Park
Fairport, NY 14450

Corpra Care, Inc.
1011 S. Texas 6, Suite 309
Houston, TX 77077

Cortland League City Apartments
1751 West Walker St.
League City, TX 77573

Credence Resource Management
6045 Atlantic Blvd.
Peachtree Corners, GA 30071

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Control, LLC
3300 Ryder Trail S, Suite 500
Earth City, MO 63045

Credit One Bank N.A.
PO Box 98873
Las Vegas, NV 89193-8873

D&A Services, LLC
1400 E. Touhy Ave., Suite G2
Des Plaines, IL 60018

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64990

Diversified Adjustment Service, Inc.
600 Coon Rapids Blvd. NW
Coon Rapids, MN 55433

DJO, LLC
PO Box 660852
Dallas, TX 75266-0852

Doctor's Hospital of Laredo
10700 McPherson Rd.
Laredo, TX 78045

EMBCC
4350 Fowler St.
Fort Myers, FL 33901

EMERGICON LLC
98 State Hwy 205
Terrell, TX 75160

Envision Physician Services
20 Burton Hills Blvd., Suite 300
Nashville, TN 37215

Financial Recovery Services, Inc.
1345 Mendota Heights Rd., Suite 100
Mendota Heights, MN 55120

FinWise Bank
756 East Winchester, Suite 100
Murray, UT 84107

First Premiere Bankcard
PO Box 5519
Sioux Falls, SD 57117-5519

Certificate of Service Mailing List

Page 3 of 8

Firstsource Advantage
205 Bryant Woods South
Amherst, NY 14228-3609

FMA Alliance Ltd.
12339 Cutten Road
Houston, TX 77066

Fort Bend County Toll Road
PO Box 622002
Dallas, TX 75262-2002

GEICO County Mutual
One GEICO Center
Macon, GA 31296-0001

GEICO County Mutual
PO Box 9105
Macon, GA 31208-9105

Georgetown Fire Department
PO Box 613175
Dallas, TX 75261-3175

Global Lending Services
PO Box 10437
Greenville, SC 29603

GM Financial
PO Box 183621
Arlington, TX 76096-3621

Grand Villas at Tuscan Lakes
1800 S. Egret Bay Blvd.
League City, TX 77573

Guardian Anesthesia Service LLC
1002 Gemini, Suite 128
Houston, TX 77058-2746

Halsted Financial Services
8001 Lincoln Ave., Suite 500
Skokie, IL 60077

Harris & Harris, Ltd.
333 W Fort St.
Detroit, MI 48226

HCA Houston Healthcare Clear Lake
1 Park Plaza
Nashville, TN 37203

HCTRA
PO Box 440, Dept. 8
Houston, TX 77210-4440

HRRG Collections
1643 Harrison Parkway,
Bldg. H, Suite 100
Sunrise, FL 33345

Holistic Psychiatry
3411 Cedar Knolls Dr., Suite B
Kingwood, TX 77339-2474

I.C. System
444 East Highway 96
Vadnais Heights, MN 55127

January Technologies, Inc.
176 Grand Street, 4th Floor
New York, NY 10013

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, MN 56303

Klarna
800 N. High St., Suite 400
Columbus, OH 43215

Certificate of Service Mailing List

LabCorp
PO Box 2240
Burlington, NC 27216-2240

Lane Health
440 Monticello Ave., Suite 1802
Norfolk, VA 23510

Law Office of Brett M. Borland, P.C.
2440 Sandy Plains Rd., Building 1, Suite 200
Marietta, GA 30066

Longhorn Emergency Medical
Associates, P.A.
PO Box 638761
Cincinnati, OH 45263-8761

LVNV Funding
c/o Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Macy's
Law Department
Attn: Bankruptcy/Legal Notices
151 West 34th Street
New York, NY 10001

Memorial Hermann
929 Gessner Drive, Suite 2600
Houston, TX 77024

Memorial Hermann Emergency
Physicians
PO Box 735208
Dallas, TX 75373-5208

Memorial Pathology Consultants
1900 N. Pearl Street, Suite 2400
Dallas, TX 75201

Merchants & Professional Credit Bureau Inc.
5508 Parkcrest Dr., Suite 210
Austin, TX 78731

Merrick Bank Corp.
PO Box 660702
Dallas, TX 75266-0702

MHHS Southeast Hospital
11800 Astoria Blvd.
Houston, TX 77089

Midland Credit Management, Inc.
3111 Camino Del Rio North, Suite 103
San Diego, CA 92108

Montgomery County Toll Road
Authority
PO Box 4440, Dept. 8
Houston, TX 77210-4440

MRS BPO, LLC
402 Lippincott Dr.
Evesham, NJ 08053

National Credit Systems Inc.
3750 Naturally Fresh Blvd.
Atlanta, GA 30349

National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139

Navy Federal Credit Union
PO Box 3500
Merrifield, VA 22119-3500

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225

Online Information Services
685 W. Fire Tower Rd.
Winterville, NC 28590

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17106-9703

Portfolio Recovery Associates, LLC
PO Box 4115
Concord, CA 94524

Progressive County Mutual Ins. Co.
300 North Commons Blvd.
Mayfield Village, OH 44143

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Radius Global Solutions LLC
7831 Glenroy Road, Suite 250
Minneapolis, MN 55439

Rausch Sturm
15660 North Dallas Pkwy, Suite 350
Dallas, TX 75248

Recoveri
PO Box 122216
Dallas, TX 75312-2216

Reliant Energy Retail Service
910 Louisiana St., Suite 13082B
Houston, TX 77002

Rent Recovery Solutions
1945 The Exchange SE, Suite 120
Atlanta, GA 30339

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Revco Solutions, Inc.
PO Box 163279
Columbus, OH 43216-3279

Scheer, Green, & Burke Co., L.P.A.
1700 Edison Bldg.
Toledo, OH 43603-1335

Scurry Emergency Medicine Associates PA
200 Blossom St.
Webster, TX 77598

Security Finance
913 West Main Street
League City, TX 77573

Snap Finance
PO Box 26561
Salt Lake City, UT 84126

Southwest Credit Systems, L.P.
PO Box 622001
Dallas, TX 75262-2001

Certificate of Service Mailing List

Page 6 of 8

Sprint / T-Mobile
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

St. David's Georgetown Hospital
Attn: Cast Services
PO Box 292105
Nashville, TN 37229-2105

St. David's Georgetown Hospital
Attn: ER Physician Services
PO Box 292105
Nashville, TN 37229-2105

St. David's Georgetown Hospital
Attn: Hospital Services
PO Box 292105
Nashville, TN 37229-2105

St. Joseph Health Physicians
PO Box 679873
Dallas, TX 75267

St. Joseph Regional Health Ctr.
PO Box 679873
Dallas, TX 75267

Synchrony Bank / JCPenney
PO Box 960090
Orlando, FL 32896-0006

Synchrony Bank / PayPal Credit
PO Box 960090
Orlando, FL 32896-0006

Synerprise Consulting Services
5651 Broadmoor St.
Mission, KS 66202

Transworld Systems, Inc.
500 Virginia Dr., Suite 514
Fort Washington, PA 19034

Trident Asset Management
3 Perimeter Ctr E, Suite 440
Atlanta, GA 30346-2294

True Accord
16011 College Blvd., Suite 130
Lenexa, KS 66219

TX Tag
PO Box 650749
Dallas, TX 75265-0749

Unifin
5996 W. Touhy Ave., Suite 2000
Niles, IL 60714

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 43614

United Revenue
PO Box 1120
Colorado Springs, CO 80901

US Acute Care Solutions
4535 Dressler Road NW
Canton, OH 44718

UT Physicians
PO Box 301173
Dallas, TX 75303-1173

UTMB Health – UTMB Legal Affairs
301 University Blvd.
Galveston, TX 77555

Certificate of Service Mailing List

Page 7 of 8

UTMB Health League City
2240 Gulf Freeway S
League City, TX 77573

Vengroff Williams, Inc.
2211 Fruitville Rd.
Sarasota, FL 34237

Webb Emergency Medicine ASC
200 Corporate Blvd.
Lafayette, LA 70508

WebBank / Fingerhut
PO Box 70281
Philadelphia, PA 19176-0281

WebBank / Fingerhut Advantage
PO Box 70281
Philadelphia, PA 19176-0281

WebBank / Fingerhut Fetti
PO Box 70282
Philadelphia, PA 19176-0282

West Creek Financial
PO Box 5518
Glen Allen, VA 23058

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re: Michelle Marie Wenckens
and Justin Dewayne Wenckens,

Debtors.

Case No. 26-10643-cgb

Chapter 7

---

### Order Granting Motion Regarding Credit Counseling Requirement

---

On this day, the Court considered Debtor's Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement. The Motion is **GRANTED**.

The Court finds that:

- Justin Dewayne Wenckens is currently incarcerated;
- He lacks reasonable access to approved credit counseling services;
- Credit counseling was completed in good faith by Michelle Marie Wenckens prior to filing;
- Cause exists under 11 U.S.C. § 109(h);

**IT IS THEREFORE ORDERED** that:

The pre-petition credit counseling completed by Michelle Marie Wenckens on behalf of Justin Dewayne Wenckens is **APPROVED**.

The requirements of 11 U.S.C. § 109(h) are deemed **SATISFIED** as to Justin Dewayne Wenckens.

All other relief not expressly granted herein is denied.

SIGNED on _____, 2026

_____
PRESIDING JUDGE

Order Granting Motion Regarding Credit Counseling Requirement

Page 1 of 1