

**The relief described hereinbelow is SO ORDERED.**

**Signed April 23, 2026.**

Christopher G. Bradley
IN THE UNITED STATES
COURT FOR THE WESTERN **CHRISTOPHER G. BRADLEY**
TEXAS AUSTIN DIVISION **UNITED STATES BANKRUPTCY JUDGE**

In re:   Michelle Marie Wenckens                                    Case No. 26-10643-cgb
and Justin Dewayne Wenckens,

Debtors.                                                    Chapter 7

### Order Appointing Representative For Incarcerated Debtor

On this day, the Court considered the Motion to Appoint Representative filed by Michelle Marie Wenckens.

The Court finds that good cause exists and appointment of a representative is appropriate. The Motion is hereby **GRANTED.**

IT IS THEREFORE ORDERED that:

Michelle Marie Wenckens is appointed as the authorized representative of Justin Dewayne Wenckens in this bankruptcy case and is authorized to act on his behalf in all matters related to this case, including execution of documents and participation in proceedings. This authorization shall remain in effect unless otherwise ordered by the Court.

All other relief not expressly granted herein is denied.

# # #