**The relief described hereinbelow is SO ORDERED.**

**Signed April 23, 2026.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| In ré: Michelle Marie Wenckens<br>and Justin Dewayne Wenckens, | Case No. 26-10643-cgb |
| Debtors. | Chapter 7 |

**Order Granting Motion Regarding  Credit Counseling Requirement**

On this day, the Court considered Debtor's Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement. The Motion is **GRANTED**.

The Court finds that:

- Justin Dewayne Wenckens is currently incarcerated;
- He lacks reasonable access to approved credit counseling services;
- Credit counseling was completed in good faith by Michelle Marie Wenckens prior to filing;
- Cause exists under 11 U.S.C. § 109(h);

**IT IS THEREFORE ORDERED** that:

The pre-petition credit counseling completed by Michelle Marie Wenckens on behalf of Justin Dewayne Wenckens is **APPROVED**.

The requirements of 11 U.S.C. § 109(h) are deemed **SATISFIED** as to Justin Dewayne Wenckens.