**The relief described hereinbelow is SO ORDERED.**

**Signed April 23, 2026.**

*Christopher G. Bradley*

**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES
COURT FOR THE WESTERN
TEXAS AUSTIN DIVISION

In re:   Michelle Marie Wenckens
and Justin Dewayne Wenckens,

Debtors.

Case No. 26-10643-cgb

Chapter 7

### Order Appointing Representative For Incarcerated Debtor

On this day, the Court considered the Motion to Appoint Representative filed by Michelle Marie Wenckens.

The Court finds that good cause exists and appointment of a representative is appropriate. The Motion is hereby **GRANTED.**

IT IS THEREFORE ORDERED that:

Michelle Marie Wenckens is appointed as the authorized representative of Justin Dewayne Wenckens in this bankruptcy case and is authorized to act on his behalf in all matters related to this case, including execution of documents and participation in proceedings. This authorization shall remain in effect unless otherwise ordered by the Court.

All other relief not expressly granted herein is denied.

# # #

Order Appointing Representative For Incarcerated Debtor

United States Bankruptcy Court

Western District of Texas

In re:

Michelle Marie Wenckens

Justin Dewayne Wenckens

    Debtors

Case No. 26-10643-cgb

Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Dewayne Wenckens, TDCJ No. 02477197, 2661 FM 2054, Tennessee Colony, TX 75884-5000 |
| db | + | Michelle Marie Wenckens, 1897 Lauraine Ln, Brenham, TX 77833-3356 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2