**The relief described hereinbelow is SO ORDERED.**

**Signed April 23, 2026.**

_Christopher G. Bradley_
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In ré:  Michelle Marie Wenckens
and Justin Dewayne Wenckens,

Debtors.

Case No. 26-10643-cgb

Chapter 7

**Order Granting Motion Regarding  Credit Counseling Requirement**

On this day, the Court considered Debtor's Motion to Approve Credit Counseling Completed by Attorney-In-Fact, or Alternatively, for Waiver of Credit Counseling Requirement. The Motion is **GRANTED**.

The Court finds that:

- Justin Dewayne Wenckens is currently incarcerated;
- He lacks reasonable access to approved credit counseling services;
- Credit counseling was completed in good faith by Michelle Marie Wenckens prior to filing;
- Cause exists under 11 U.S.C. § 109(h);

**IT IS THEREFORE ORDERED** that:

The pre-petition credit counseling completed by Michelle Marie Wenckens on behalf of Justin Dewayne Wenckens is **APPROVED**.

The requirements of 11 U.S.C. § 109(h) are deemed **SATISFIED** as to Justin Dewayne Wenckens.

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 26-10643-cgb |
| Michelle Marie Wenckens | Chapter 7 |
| Justin Dewayne Wenckens | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Dewayne Wenckens, TDCJ No. 02477197, 2661 FM 2054, Tennessee Colony, TX 75884-5000 |
| db | + | Michelle Marie Wenckens, 1897 Lauraine Ln, Brenham, TX 77833-3356 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 25, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow13@gmail.com  rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2