UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

In re:                                                                     Bankr. Case No. 26-10643-CGB-7

Michelle Marie Wenckens and Justin Dewayne Wenckens                              Chapter 7
     Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

In re:                                                                    Bankr. Case No. 26-10643-CGB-7

Michelle Marie Wenckens and Justin Dewayne Wenckens                                    Chapter 7
      Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on April 29, 2026 :

Justin Dewayne Wenckens               Randolph N Osherow
PRO SE                                342 W Woodlawn, Suite 100
1897 Lauraine Ln                      San Antonio, TX 78212
Brenham, TX 77833

By  /s/  Mandy Youngblood
         Mandy Youngblood

xxxxx16393 / 1131701