**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

MAY 26 2026

U.S. BANKRUPTCY COURT
BY_____DEPUTY

In re:  Michelle Marie Wenckens
and Justin Dewayne Wenckens,

Case No. 26-10643-cgb

Debtors.

Chapter 7

---

### Notice and Certificate of Service Regarding Amended Schedule E/F

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOTICE IS HEREBY GIVEN that the Debtors filed an Amended Schedule E/F adding the creditors listed below. I hereby certify that a true and correct copy of the following documents were served by United States Mail, first-class postage prepaid, upon the creditors

- Amended Schedule E/F;
- Notice of Chapter 7 Bankruptcy Case; and
- Notice of Meeting of Creditors.

### CREDITORS SERVED:

| | |
|---|---|
| Block, Inc. d/b/a Cash App<br>1955 Broadway, Suite 600<br>Oakland, CA 94612 | Plate Pass LLC<br>PO Box 25367<br>Tempe, AZ 85282 |
| Donati Brashear Law Firm<br>410 West Grand Parkway South<br>Suite 104, Katy, TX 77494 | The Hertz Corporation<br>Attn: Legal Department<br>8501 Williams Road<br>Estero, FL 33928 |
| First Electronic Bank<br> c/o Square Capital LLC<br>1955 Broadway, Suite 600<br>Oakland, CA 94612 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2026

Respectfully submitted,

Michelle Marie Wenckens
1897 Lauraine Ln
Brenham, Texas 77833
Phone: (979) 337-4414
Email: mmwenckens@gmail.com

*Pro Se Debtor*

Justin Dewayne Wewnckens                                    *
TDCJ # 02477197
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas 75884
Email: justindewaynewenckens@gmail.com

*Pro Se Debtor*

*\*signed by permission*

## Certificate of Service

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document was served to the trustee and all parties listed on the attached list via U.S. Mail on May 15, 2026.

_____
Michelle Marie Wenckens

## Certificate of Service Mailing List

Aargon Agency, Inc.
8668 Spring Mountain Rd.
Suite 110
Las Vegas, NV 89117

Account Resolution Services
PO Box 459079
Sunrise, FL 33345-9079

ACS Primary Care
  Physicians Southwest, PA
701 Technology Drive
Suite 150
Canonsburg, PA 15317-9531

Affirm
650 California Street
Floor 12
San Francisco, CA 94108

American First Finance
3100 Olympus Blvd.
Suite 300
Dallas, TX 75019

AmeriCredit Financial
Services, Inc.
d/b/a GM Financial
PO Box 183853
Arlington, TX 76096

ARA Diagnostic Imaging
PO Box 208108
Dallas, TX 75320-8108

ARC Management Group, Inc.
1825 Barrett Lakes Blvd. NW
Suite 505
Kennesaw, GA 30144

ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-9046

Aspen Dental
PO Box 1578
Albany, NY 12201

Aspire
PO Box 105555
Atlanta, GA 30348-5555

AT&T
PO Box 2171
Southgate, MI 48195-4171

Austin County District Clerk
265 N. Chesley Street, Suite 1
Bellville, TX 77418

Austin County EMS
PO Box 863
Lewisville, NC 27023

Bank of Missouri / Verve
PO Box 6812
Carol Stream, IL 60197-6812

Barrier Reef Emergency
Physicians PLLC (UTMB)
301 University Blvd.
Galveston, TX 77555

Basin Emergency Physicians
500 West 4th Street
Odessa, TX 79761

Baylor Scott & White
301 N. Washington Ave.
Dallas, TX 75246

Block, Inc. d/b/a Cash App
1955 Broadway, Suite 600
Oakland, CA 94612

Bridgecrest Credit Company
1720 W. Rio Salado Pkwy
Suite 101
Tempe, AZ 85281

BSW Brenham Clinic
600 N Park St.
Brenham, TX 77833

BSWH College Station
700 Scott & White Dr.
College Station, TX 77845

Bureaus Investment Group
711 N. Edgewood Ave.
Suite 200
Wood Dale, IL 60191

Caine & Weiner Company Inc.
5805 Sepulveda Blvd.
4th Floor
Sherman Oaks, CA 91411

Capio Partners
3400 Texoma Parkway
Suite 100
Sherman, TX 75090

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One / Dressbarn
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One / Kohl's
PO Box 30285
Salt Lake City, UT 84130-0285

Cardiovascular & Heart
Rhythm Associates, PA
425 Holderrieth Blvd.
Suite 118
Tomball, TX 77375-5189

Cavalry SPV I, LLC
1 American Lane, Suite 220
Greenwich, CT 06831-2200

Celtic Bank / Affirm
268 South State Street, Suite 300
Salt Lake City, UT 84111

Celtic Bank / Indigo
Mastercard
268 South State Street
Suite 300
Salt Lake City, UT 84111

Central Texas Regional
Mobility Authority
3300 N Interstate 35 Frontage Rd.
Austin, TX 78705

Century Integrated Partners
(Emergency Physicians)
PO Box 844409
Dallas, TX 75284-4409

Citibank N.A. / Macy's
PO Box 790040
St. Louis, MO 63179-9819

City of League City
PO Box 269110
Sacramento, CA 95826-9110

Comcast
1701 John F. Kennedy Blvd.
Philadelphia, PA 19106-2838

Comenity Bank / Lane Bryant
PO Box 182273
Columbus, OH 43218-2273

Comenity Bank / Victoria's
Secret
PO Box 650972
Dallas, TX 75265-0972

Contemporary Medicine
Associates PLLC
6565 West Loop South
Suite 525
Houston, TX 77401-3519

Continental Service Group LLC
d/b/a ConServe
200 CrossKeys Office Park
Fairport, NY 14450

Corpra Care, Inc.
1011 S. Texas 6, Suite 309
Houston, TX 77077

Cortland League City
Apartments
1751 West Walker St.
League City, TX 77573

Credence Resource
Management
6045 Atlantic Blvd.
Peachtree Corners, GA 30071

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Control, LLC
3300 Ryder Trail S, Suite 500
Earth City, MO 63045

Credit One Bank N.A.
PO Box 98873
Las Vegas, NV 89193-8873

D&A Services, LLC
1400 E. Touhy Ave., Suite G2
Des Plaines, IL 60018

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64990

Diversified Adjustment
Service, Inc.
600 Coon Rapids Blvd. NW
Coon Rapids, MN 55433

DJO, LLC
PO Box 660852
Dallas, TX 75266-0852

Doctor's Hospital of Laredo
10700 McPherson Rd.
Laredo, TX 78045

Donati Brashear Law Firm
410 West Grand Parkway South
Suite 104, Katy, TX 77494

EMBCC
4350 Fowler St.
Fort Myers, FL 33901

EMERGICON LLC
98 State Hwy 205
Terrell, TX 75160

Envision Physician Services
20 Burton Hills Blvd., Suite 300
Nashville, TN 37215

Financial Recovery Services,
Inc.
1345 Mendota Heights Rd.
Suite 100
Mendota Heights, MN 55120

FinWise Bank
756 East Winchester, Suite 100
Murray, UT 84107

First Electronic Bank
c/o Square Capital LLC
1955 Broadway, Suite 600
Oakland, CA 94612

First Premiere Bankcard
PO Box 5519
Sioux Falls, SD 57117-5519

Firstsource Advantage
205 Bryant Woods South
Amherst, NY 14228-3609

FMA Alliance Ltd.
12339 Cutten Road
Houston, TX 77066

Certificate of Service Mailing List                                    Page 2 of 5

Fort Bend County Toll Road
PO Box 622002
Dallas, TX 75262-2002

GEICO County Mutual
One GEICO Center
Macon, GA 31296-0001

GEICO County Mutual
PO Box 9105
Macon, GA 31208-9105

Georgetown Fire Department
PO Box 613175
Dallas, TX 75261-3175

Global Lending Services
PO Box 10437
Greenville, SC 29603

GM Financial
PO Box 183621
Arlington, TX 76096-3621

Grand Villas at Tuscan Lakes
1800 S. Egret Bay Blvd.
League City, TX 77573

Guardian Anesthesia Service
LLC
1002 Gemini, Suite 128
Houston, TX 77058-2746

Halsted Financial Services
8001 Lincoln Ave., Suite 500
Skokie, IL 60077

Harris & Harris, Ltd.
333 W Fort St.
Detroit, MI 48226

HCA Houston Healthcare
Clear Lake
1 Park Plaza
Nashville, TN 37203

HCTRA
PO Box 440, Dept. 8
Houston, TX 77210-4440

HRRG Collections
1643 Harrison Parkway,
Bldg. H, Suite 100
Sunrise, FL 33345

Holistic Psychiatry
3411 Cedar Knolls Dr., Suite B
Kingwood, TX 77339-2474

I.C. System
444 East Highway 96
Vadnais Heights, MN 55127

January Technologies, Inc.
176 Grand Street, 4th Floor
New York, NY 10013

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, MN 56303

Klarna
800 N. High St., Suite 400
Columbus, OH 43215

LabCorp
PO Box 2240
Burlington, NC 27216-2240

Lane Health
440 Monticello Ave.
Suite 1802
Norfolk, VA 23510

Law Office of Brett M.
Borland, P.C.
2440 Sandy Plains Rd.,
Building 1, Suite 200
Marietta, GA 30066

Longhorn Emergency
Medical Associates, P.A.
PO Box 638761
Cincinnati, OH 45263-8761

LVNV Funding
c/o Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Macy's
Law Department
Attn: Bankruptcy/Legal Notices
151 West 34th Street
New York, NY 10001

Memorial Hermann
929 Gessner Drive, Suite 2600
Houston, TX 77024

Memorial Hermann Emergency
Physicians
PO Box 735208
Dallas, TX 75373-5208

Memorial Pathology
Consultants
1900 N. Pearl Street, Suite 2400
Dallas, TX 75201

Merchants & Professional Credit
Bureau Inc.
5508 Parkcrest Dr., Suite 210
Austin, TX 78731

Merrick Bank Corp.
PO Box 660702
Dallas, TX 75266-0702

MHHS Southeast Hospital
11800 Astoria Blvd.
Houston, TX 77089

Midland Credit Management, Inc.
3111 Camino Del Rio North
Suite 103
San Diego, CA 92108

Montgomery County Toll
Road Authority
PO Box 4440, Dept. 8
Houston, TX 77210-4440

MRS BPO, LLC
402 Lippincott Dr.
Evesham, NJ 08053

Certificate of Service Mailing List

National Credit Systems Inc.
3750 Naturally Fresh Blvd.
Atlanta, GA 30349

National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139

Navy Federal Credit Union
PO Box 3500
Merrifield, VA 22119-3500

North Texas Tollway
Authority
PO Box 660244
Dallas, TX 75266-0244

Northstar Location Services
4285 Genesee St.
Buffalo, NY 14225

Online Information Services
685 W. Fire Tower Rd.
Winterville, NC 28590

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17106-9703

Plate Pass LLC
PO Box 25367
Tempe, AZ 85282

Portfolio Recovery
Associates, LLC
PO Box 4115
Concord, CA 94524

Progressive County Mutual
Ins. Co.
300 North Commons Blvd.
Mayfield Village, OH 44143

Progressive Leasing
256 West Data Drive
Draper, UT 84020

Radius Global Solutions LLC
7831 Glenroy Road, Suite 250
Minneapolis, MN 55439

Rausch Sturm
15660 North Dallas Pkwy,
Suite 350
Dallas, TX 75248

Recoveri
PO Box 122216
Dallas, TX 75312-2216

Reliant Energy Retail Service
910 Louisiana St.,
Suite 13082B
Houston, TX 77002

Rent Recovery Solutions
1945 The Exchange SE,
Suite 120
Atlanta, GA 30339

Resurgent Capital Services
PO Box 10497
Greenville, SC 29603

Revco Solutions, Inc.
PO Box 163279
Columbus, OH 43216-3279

Scheer, Green, & Burke Co.,
L.P.A.
1700 Edison Bldg.
Toledo, OH 43603-1335

Scurry Emergency Medicine
Associates PA
200 Blossom St.
Webster, TX 77598

Security Finance
913 West Main Street
League City, TX 77573

Snap Finance
PO Box 26561
Salt Lake City, UT 84126

Southwest Credit Systems, L.P.
PO Box 622001
Dallas, TX 75262-2001

Sprint / T-Mobile
T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

St. David's Georgetown Hospital
Attn: Cast Services
PO Box 292105
Nashville, TN 37229-2105

St. David's Georgetown Hospital
Attn: ER Physician Services
PO Box 292105
Nashville, TN 37229-2105

St. David's Georgetown Hospital
Attn: Hospital Services
PO Box 292105
Nashville, TN 37229-2105

St. Joseph Health Physicians
PO Box 679873
Dallas, TX 75267

St. Joseph Regional Health Ctr.
PO Box 679873
Dallas, TX 75267

Synchrony Bank / JCPenney
PO Box 960090
Orlando, FL 32896-0006

Synchrony Bank / PayPal Credit
PO Box 960090
Orlando, FL 32896-0006

Synerprise Consulting Services
5651 Broadmoor St.
Mission, KS 66202

Certificate of Service Mailing List

The Hertz Corporation
Attn: Legal Department
8501 Williams Road
Estero, FL 33928

Transworld Systems, Inc.
500 Virginia Dr., Suite 514
Fort Washington, PA 19034

Trident Asset Management
3 Perimeter Ctr E, Suite 440
Atlanta, GA 30346-2294

True Accord
16011 College Blvd., Suite 130
Lenexa, KS 66219

TX Tag
PO Box 650749
Dallas, TX 75265-0749

Unifin
5996 W. Touhy Ave.
Suite 2000
Niles, IL 60714

United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 43614

United Revenue
PO Box 1120
Colorado Springs, CO 80901

US Acute Care Solutions
4535 Dressler Road NW
Canton, OH 44718

UT Physicians
PO Box 301173
Dallas, TX 75303-1173

UTMB Health – UTMB
Legal Affairs
301 University Blvd.
Galveston, TX 77555

UTMB Health League City
2240 Gulf Freeway S
League City, TX 77573

Vengroff Williams, Inc.
2211 Fruitville Rd.
Sarasota, FL 34237

Webb Emergency Medicine ASC
200 Corporate Blvd.
Lafayette, LA 70508

WebBank / Fingerhut
PO Box 70281
Philadelphia, PA 19176-0281

WebBank / Fingerhut Advantage
PO Box 70281
Philadelphia, PA 19176-0281

WebBank / Fingerhut Fetti
PO Box 70282
Philadelphia, PA 19176-0282

West Creek Financial
PO Box 5518
Glen Allen, VA 23058

Certificate of Service Mailing List