Certificate Number: 15322-TXW-DE-040981603

Bankruptcy Case Number: 26-10643



15322-TXW-DE-040981603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2026</u>, at <u>3:24</u> o'clock <u>PM CDT</u>, <u>Justin Dewayne Wenckens</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Texas</u>.

Date: <u>May 15, 2026</u>     By:     <u>/s/Gene Bralewski</u>

Name: <u>Gene Bralewski</u>

Title: <u>Certified Credit Counselor</u>

Certificate Number: 15322-TXW-DE-040981602

Bankruptcy Case Number: 26-10643



15322-TXW-DE-040981602

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2026, at 3:24 o'clock PM CDT, Michelle Marie Wenckens completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date:  May 15, 2026                        By:     /s/Gene Bralewski

                                           Name:   Gene Bralewski

                                           Title:  Certified Credit Counselor