**The relief described hereinbelow is SO ORDERED.**

**Signed May 27, 2026.**

CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| In re:  Michelle Marie Wenckens<br>and Justin Dewayne Wenckens, | Case No. 26-10643-cgb |
| Debtors. | Chapter 7 |

### Order Granting Motion to Approve Pre-Discharge Education Course

On this day the Motion to Approve Pre-Discharge Education Course came to be considered by the Debtors. After considering the Motion, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the debtor education course completed by Michelle Marie Wenckens acting as Attorney-in-Fact for Co-Debtor Justin Dewayne Wenckens is **APPROVED**.

**IT IS FURTHER ORDERED** that the certificates attached to the Motion are accepted as satisfying the requirements of 11 U.S.C. § 727(a)(11) and Federal Rule of Bankruptcy Procedure 1007(b)(7).

**IT IS FURTHER ORDERED** that Co-Debtor Justin Dewayne Wenckens shall be deemed to have satisfied the debtor education requirement for purposes of discharge in this bankruptcy case.

All other relief not expressly granted herein is denied.

### # #