**The relief described hereinbelow is SO ORDERED.**

**Signed May 27, 2026.**

Christopher G. Bradley
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: Michelle Marie Wenckens and Justin Dewayne Wenckens,

Debtors.

Case No. 26-10643-cgb

Chapter 7

---

**Order Granting Motion to Approve Pre-Discharge Education Course**

---

On this day the Motion to Approve Pre-Discharge Education Course came to be considered by the Debtors. After considering the Motion, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the debtor education course completed by Michelle Marie Wenckens acting as Attorney-in-Fact for Co-Debtor Justin Dewayne Wenckens is **APPROVED**.

**IT IS FURTHER ORDERED** that the certificates attached to the Motion are accepted as satisfying the requirements of 11 U.S.C. § 727(a)(11) and Federal Rule of Bankruptcy Procedure 1007(b)(7).

**IT IS FURTHER ORDERED** that Co-Debtor Justin Dewayne Wenckens shall be deemed to have satisfied the debtor education requirement for purposes of discharge in this bankruptcy case.

All other relief not expressly granted herein is denied.

###

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-10643-cgb
Michelle Marie Wenckens Chapter 7
Justin Dewayne Wenckens
Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 27, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Dewayne Wenckens, TDCJ No. 02477197, 2661 FM 2054, Tennessee Colony, TX 75884-5000 |
| db | + | Michelle Marie Wenckens, 1897 Lauraine Ln, Brenham, TX 77833-3356 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randolph N Osherow | rosherow13@gmail.com rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 2